**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

---

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION NO. 05-0778 |
| | CRIMINAL NO. 02-60029-01 |
| VERSUS | JUDGE DONALD E. WALTER |
| STEPHEN MICHAEL LONG | MAGISTRATE JUDGE HORNSBY |

---

### O R D E R

For the reasons stated in the foregoing Memorandum Ruling, **IT IS ORDERED** that the Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 [Doc. #78] filed by defendant, Stephen Michael Long, be resolved by granting the judicial remedy of an out-of-time appeal. All other claims for relief presented in the motion and amendment are **STAYED** and **HELD IN ABEYANCE** pending the outcome of the appeal.

Long's Judgment of Conviction is to be hereby **REINSTATED** on the docket of this Court as of the date of this Order as required by United States v. West, 240 F.3d 456 (5th Cir. 2001). The time for appeal is the ten-day period provided in Federal Rule of Appellate Procedure 4(b)(1)(A). Such delay for Long's appeal shall begin to run as of the date of this Order.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this _19_ day of November, 2007.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE