RECEIVED
IN LAKE CHARLES, LA.

AUG - 3 2010

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * CRIMINAL NUMBER: 02-60029 |
| | * |
| VERSUS | * JUDGE MINALDI |
| | * |
| STEPHEN MICHAEL LONG | * MAGISTRATE JUDGE KAY |

## O R D E R

Upon consideration of the Motion to Dismiss filed by the Government in this matter,

IT IS HEREBY ORDERED AND ADJUDGED that the Indictment is hereby DISMISSED, with prejudice.

DONE AND SIGNED this _2_ day of July 2010, at Lake Charles, Louisiana.

PATRICIA MINALDI
United States District Judge